## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **KARLA HOWELL, as Administratrix** | : | **CASE NO. 1:19-CV-00373** |
| **Of the Estate of Cornelius Pierre Howell,** | : | |
| | : | |
| **Plaintiff,** | : | **JUDGE COLE** |
| vs. | : | |
| | : | **MAGISTRATE JUDGE BOWMAN** |
| **NAPHCARE, INC., et al** | : | |
| | : | |
| **Defendants.** | : | |

## STIPULATION OF DISMISSAL OF ALL REMAINING CLAIMS AGAINST ALL REMAINING DEFENDANTS

Now come the parties, by and through counsel, and hereby stipulate to the dismissal, with prejudice, of all remaining claims against all remaining Defendants. This stipulation is intended to terminate this case.

Respectfully submitted,

/s/ Konrad Kircher
Konrad Kircher (0059249)
KIRCHER LAW, LLC
5682 Piper Glen Drive
Maineville, OH 45039
513-218-1252
konrad@kircher.law
*Lead Counsel for Plaintiff*


/s/ Ryan J. McGraw
Ryan J. McGraw (0089436)
PERKINSON LEGAL LLC
201 E. 8th Street
Cincinnati, Ohio 45202
(513) 653-3600
(513) 285-3135 Facsimile
rjm@perkinsonlegal.com
*Co-Counsel for Plaintiff*

1

/s/ Jade Stewart_____
Jade A. Stewart (0069431)
Michael J. Caligaris (0099722)
REMINGER CO., LPA
525 Vine Street, Suite 1500
Cincinnati, OH 45202
T: 513-455-4051
F: 513-721-2553
jstewart@reminger.com
mcaligaris@reminger.com
*Counsel for NaphCare Defendants*

/s/ John B. Welch_____
John B. Welch (0055337)
ARNOLD TODARO WELCH &
FOLIANO CO., L.P.A.
7385 Far Hills Ave.
Dayton, OH 45459
(937) 296-1600
jwelch@arnoldlaw.net
*Counsel for County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was electronically filed using the CM/ECF System and that a copy of the same will be served on all represented parties through that system this 2nd day of July, 2024.

/s/ Konrad Kircher_____
Konrad Kircher (0059249)